PROB 19
(Rev.1/82)

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

MAY 26 1998

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

U.S.A. vs David Subil

Docket No. 95-251-CR-MOORE
SD/FL PACTS No. 41707

TO:[1] ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>DAVID SUBIL | | SEX<br>MALE | RACE<br>WHITE | AGE<br>27 |
| ADDRESS (STREET, CITY, STATE)<br>13260 S.W. 68 STREET |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. DISTRICT COURT | | DATE IMPOSED<br>08-22-95 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U.S. DISTRICT COURT, MIAMI, FLORIDA |||||
| CLERK **Carlos Juenke** | (BY) DEPUTY CLERK | | Date May 28, 1998 | |

Certified to be a true and correct copy of the original
Carlos Juenke, Clerk
U.S. District Court
Southern District of Florida

| RETURN ||||
|---|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED | | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| | | | |
| NAME | (BY) | | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

